**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

## 06 - CV - 01663 -~~BNG~~

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

**AUG 2 2 2006**

GREGORY C. LANGHAM
CLERK

Civil Action No. _____

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

TED SHAMUS WAGNER,

    Petitioner,

v.

TELLER COUNTY DISTRICT COURT,

    Respondent.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PETITIONER TO CURE DEFICIENCY

---

Petitioner has submitted a Motion and Affidavit for Permission to Proceed

without The Payment of Costs and a Petition for Writ of Habeas Corpus. As part of the

court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the

submitted documents are deficient as described in this order. Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action. Petitioner

will be directed to cure the following if he wishes to pursue his claims. Any papers

which the Petitioner files in response to this order must include the civil action number

on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   _X_  is missing a current certified copy of prisoner's trust fund statement
           immediately preceding this filing
(4)   __   is missing required financial information

(5)   ___    is missing an original signature by the prisoner

(6)   X    is not on proper form (must use the court's current form)

(7)   ___    names in caption do not match names in caption of complaint, petition or habeas application

(8)   ___    An original and a copy have not been received by the court. Only an original has been received.

(9)   ___    other _____

**Complaint, Petition or Application**:

(10)   ___    is not submitted

(11)   X    is not on proper form (must use the court's current form)

(12)   ___    is missing an original signature by the prisoner

(13)   ___    is missing page nos. ___

(14)   ___    uses et al. instead of listing all parties in caption

(15)   ___    An original and a copy have not been received by the court. Only an original has been received.

(16)   ___    Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)   ___    names in caption do not match names in text

(18)   ___    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the petition and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 21st day of August, 2006.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.   06 - CV - 01663 -BNB

Ted S. Wagner
Teller County Jail
P.O. Box 730
Divide, CO 80814

   I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on  8/22/06

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk