IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01663-LTB-PAC

TED SHAMUS WAGNER,

     Applicant,

v.

TELLER COUNTY JAIL, and
SHERIFF KEVIN DOUGHERY,

     Respondent(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS **HEREBY ORDERED** that Applicant's Motion for Order for Copies (Doc. #13) is **DENIED**. The court will obtain a copy of the transcript from Applicant's state court bond proceeding, if necessary, after reviewing the Applicant's Amended Application and the Respondent's Answer.

Dated:  October 16, 2006