**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01663-LTB-PAC

TED SHAMUS WAGNER,

  Plaintiff,

v.

TELLER COUNTY JAIL, and
SHERIFF KEVIN DOUGHERY,

  Defendants.
_____

**ORDER**
_____

  This case is before me on the recommendation of Magistrate Judge O. Edward Schlatter [Doc 23] issued and served on March 26, 2007.  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

  ORDERED that the Magistrate Judge's recommendation is accepted and this action is DISMISSED WITHOUT PREJUDICE.

            BY THE COURT:


             s/Lewis T. Babcock
            Lewis T. Babcock, Chief Judge

DATED:   April 17, 2007